21-0481-C

CAUSE NO. _____

| | | |
|---|---|---|
| **TOSHEMECIA GATHERIGHT;** | § § § | **IN THE DISTRICT COURT OF** |
| Plaintiff, | § § | |
| VS. | § § | **SMITH COUNTY, TEXAS** |
| **RONNIE SANFORD; AND PINEY MOUNTAIN TRANSPORT LLC;** | § § § § | 241st |
| Defendants. | § | _____ **JUDICIAL DISTRICT** |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff Toshemecia Gatheright files Plaintiff's Original Petition complaining of Defendants Ronnie Sanford and Piney Mountain Transport LLC.

### I. DISCOVERY CONTROL PLAN

Discovery is intended to be conducted under Level 3 pursuant to Rule 190 of the TEXAS RULES OF CIVIL PROCEDURE.

### II. RULE 47 PLEADING REQUIREMENTS

As required by Rule 47(b), Texas Rules of Civil Procedure, Plaintiff's counsel states that the damages sought are in an amount within the jurisdictional limits of this Court. As required by Rule 47(c), Texas Rules of Civil Procedure, Plaintiff's counsel states that Plaintiff seeks monetary relief of over $250,000 but not more than $1,000,000. The amount of monetary relief actually awarded, however, will ultimately be determined by a jury. Plaintiff also seeks pre-judgment and post-judgment interest at the highest legal rate.

CERTIFIED TO BE A TRUE
AND CORRECT COPY
FILED IN THE SMITH COUNTY
DISTRICT CLERK'S OFFICE

### III.  PARTIES

Plaintiff Toshemecia Gatheright is an individual resident of Grand Prairie, Dallas County, Texas. Her driver's license number is *****639 and her social security number is ***-**-*075.

Defendant Ronnie Sanford is an individual resident of Gray Court, Laurens County, Texas and may be served with process at 2648 Deck Road, Gray Court, South Carolina 29645.

Defendant Piney Mountain Transport LLC is a corporation doing business in Greenville, Greenville County, South Carolina and may be served with process by serving is registered agent Peter Kelsey at 1335 Rutherford Road, Greenville, South Carolina 29609.

### IV.  JURISDICTION AND VENUE

The Court has jurisdiction over the controversy because the damages are within the jurisdictional limits of this Honorable Court.

This Court has venue over the parties to this action since the incident complained of herein occurred in Smith County, Texas. Venue therefore is proper in Smith County, Texas pursuant to the TEXAS CIVIL PRACTICE & REMEDIES CODE §15.002.

### V.  FACTS

This lawsuit arises out of a motor vehicle collision that occurred on Tuesday, July 7, 2020 at or near Interstate 20 within the city limits of Tyler, Smith County, Texas.  Plaintiff Toshemecia Gatheright was operating her vehicle eastbound on Interstate 20 in the right lane and slowed down for traffic ahead.

CERTIFIED TO BE A TRUE AND CORRECT COPY FILED IN THE SMITH COUNTY DISTRICT CLERK'S OFFICE

Defendant Ronnie Sanford was operating his 18-wheeler, while in the course and scope of his employment with, and operating under the Federal Motor Carrier authority of Defendant Piney Mountain Transport LLC, behind Plaintiff's vehicle in the same lane and headed in the same direction.  Defendant Ronnie Sanford failed to slow and/or stop, colliding hard with the back of Plaintiff's vehicle.  After the impact, Plaintiff's vehicle swerved out of control into the left lane and collided violently against the concrete barrier on the left side of the road.  The Defendants' 18-wheeler went off the roadway, jackknifed and came to rest off the right side of the roadway.  As a result of the collisions, Plaintiff was injured and continues to suffer injuries and damages from this incident.

## VI.  CAUSES OF ACTION

### A.   NEGLIGENCE – DEFENDANT RONNIE SANFORD

At the time of the motor vehicle collision, Defendant Ronnie Sanford was operating his 18-wheeler negligently.  Specifically, Defendant had a duty to exercise ordinary care and operate his 18-wheeler reasonably and prudently. Defendant breached that duty in one or more of the following respects:

1. Defendant failed to keep such proper lookout and attention to the roadway as a person or ordinary prudence would have kept under the same or similar circumstances;

2. Defendant failed to keep an assured safe distance from Plaintiff's vehicle;

3. Defendant failed to timely apply the brakes of his 18-wheeler in order to avoid the collision in question;

4. Defendant failed to control his speed;

5. Defendant failed to safely operate his tractor-trailer; and

CERTIFIED TO BE A TRUE AND CORRECT COPY FILED IN THE SMITH COUNTY DISTRICT CLERK'S OFFICE

**B.     NEGLIGENT ENTRUSTMENT – DEFENDANT PINEY MOUNTAIN TRANSPORT LLC**

As an additional cause of action, Plaintiff would show that at the time and on the occasion in question, Defendant Piney Mountain Transport LLC was the owner of the vehicle driven by Defendant Ronnie Sanford.  Defendant Piney Mountain Transport LLC entrusted the vehicle to Defendant Ronnie Sanford. Defendant Ronnie Sanford was unlicensed, incompetent, and/or reckless and Defendant Piney Mountain Transport LLC knew or should have known that Defendant Ronnie Sanford was unlicensed, incompetent, and/or reckless. Defendant Ronnie Sanford's negligence on the occasion in question proximately caused the collision.

**C.     RESPONDEAT SUPERIOR – DEFENDANT PINEY MOUNTAIN TRANSPORT LLC**

Additionally, Plaintiff would show that at the time and on the occasion complained of, Defendant Ronnie Sanford was in the course and scope of his employment with Defendant Piney Mountain Transport LLC thereby making Defendant Piney Mountain Transport LLC liable under the doctrine of *Respondeat Superior*.

**D.     NEGLIGENCE – DEFENDANT PINEY MOUNTAIN TRANSPORT LLC**

Defendant Piney Mountain Transport LLC failed to properly train and/or supervise Defendant Ronnie Sanford in order to prevent collisions such as the one in question.

CERTIFIED TO BE A TRUE AND CORRECT COPY FILED IN THE SMITH COUNTY DISTRICT CLERK'S OFFICE

Each of the above and foregoing acts and omissions, singularly or in combination, constituted the negligence that was the proximate cause of the motor vehicle collision and consequently the injuries and damages of Plaintiff.

## VII.  DAMAGES

As a proximate result of Defendants' negligence, Plaintiff suffered extensive injuries and damages. As a result of Plaintiff's injuries, Plaintiff suffered the following damages:

- a. Medical expenses in the past and future;
- b. Disfigurement;
- c. Physical impairment in the past and future;
- d. Physical pain and suffering in the past and future; and
- e. Mental anguish in the past and future.

## VIII.  INTENT TO USE DEFENDANTS' DOCUMENTS

Plaintiff hereby gives notice of intent to utilize items produced in discovery against the party producing same.  The authenticity of such items is self-proven per TRCP 193.7.

## IX.  JURY TRIAL

Plaintiff demands a trial by jury and includes the appropriate jury fees.

## X.  U.S. LIFE TABLES

Notice is hereby given to the Defendants that Plaintiff intends to use the U.S. Life Tables as prepared by the Department of Health and Human Services.

CERTIFIED TO BE A TRUE
AND CORRECT COPY
FILED IN THE SMITH COUNTY
DISTRICT CLERK'S OFFICE

## XI.  RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that Defendants be cited to appear and answer herein, and that upon final hearing thereof, Plaintiff recover judgment against Defendants for:

1. Plaintiff's past medical expenses, which are reasonable and customary for the medical care received by Plaintiff;

2. Plaintiff's future medical expenses;

3. Plaintiff's physical pain and suffering in the past and future in an amount to be determined by the jury;

4. Plaintiff's mental anguish in the past and future in an amount to be determined by the jury;

5. Plaintiff's physical impairment in the past and future in an amount to be determined by the jury;

6. Interest on the judgment at the legal rate from the date of judgment;

7. Pre-judgment interest on Plaintiff's damages as allowed by law;

8. All costs of court; and

9. Such other and further relief to which Plaintiff may be justly entitled.

CERTIFIED TO BE A TRUE
AND CORRECT COPY
FILED IN THE SMITH COUNTY
DISTRICT CLERK'S OFFICE

Respectfully submitted,

**WITHERITE LAW GROUP, PLLC**

BY: */s/ V. Paige Eldridge*
**V. PAIGE ELDRIDGE**
State Bar No. 24096747
paige.eldridge@witheritelaw.com
**SHELLY GRECO**
State Bar No. 24008168
shelly.greco@witheritelaw.com
10440 N. Central Expressway
Suite 400
Dallas, TX 75231-2228
214/378-6665
214/378-6670 (fax)

**ATTORNEYS FOR PLAINTIFF**

CERTIFIED TO BE A TRUE
AND CORRECT COPY
FILED IN THE SMITH COUNTY
DISTRICT CLERK'S OFFICE