UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00230

**Toshemecia Gatheright,**
*Plaintiff,*

v.

**Ronnie Sanford et al.,**
*Defendants.*

## ORDER

On February 18, 2022, the parties filed a document purporting to be an agreed motion for dismissal with prejudice. Doc. 21. However, because that document was "signed by all parties who have appeared," the motion carries the effect of a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, further action by the court is unnecessary. This case is dismissed with prejudice. Any pending motions are denied as moot. The clerk of court is directed to close the case.

*So ordered by the court on February 22, 2022.*

J. CAMPBELL BARKER
United States District Judge